UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOORIN BROS., INC.,<br>　　　　Plaintiff,<br>　　v.<br>GOLDSTARHAT LLC,<br>　　　　Defendant. | Case No. 24-cv-05579-RS<br><br>**ORDER** |

Plaintiff moves for entry of default judgment. Determining whether to grant certain aspects of the requested relief requires further elaboration. Plaintiff is therefore ordered to respond to the following questions within two weeks of this order:

(1) The operative complaint does not specify the damages sought, but the motion for entry of default judgment calculates $1.4 million as the sum of compensatory damages. California law limits recovery in default judgments to the amount stated in the complaint. *See Sass v. Cohen*, 10 Cal. 5th 861, 870–71 (2020). Three of the claims in the complaint are brought under California law. In light of the guidance in *Sass*, on what basis may the court award compensatory damages via default judgment on the state law claims in this case?

(2) Plaintiff does not appear to have served on Defendant a statement that gives notice of the specific amount of punitive damages sought. *See* West's Ann. Cal.C.C.P. § 425.115 (requiring such form notice in order to preserve the right to seek punitive damages under state law). On what basis may the court award punitive damages via

default judgment on the state law claims in this case?

(3) On what basis may the court award compensatory or punitive damages via default judgment on the federal cause of action in this case?

Plaintiff's answers to these questions will aid the court in ruling on the instant motion for entry of default judgment. Absent further order of the court, the motion shall be submitted without oral argument pursuant to Civil Local Rule 7-1(b).

**IT IS SO ORDERED**.

Dated: April 17, 2025

RICHARD SEEBORG
Chief United States District Judge